IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNIE RAY MCCONNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-00165-JD |
| ) | |
| FRANK BISIGNANO, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 2, 2025, the Court entered an order and judgment reversing Defendant's decision and remanding the case for further administrative proceedings. [Doc. Nos. 14, 15]. Plaintiff filed an application for award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 [Doc. No. 16], and the Court ordered the parties to confer in good faith before Defendant filed a response [Doc. No. 17].

Now before the Court is the parties' Stipulated Motion for Attorney Fees Under the EAJA ("Stipulated Motion") [Doc. No. 18], which states that Plaintiff and Defendant stipulate to an award of $7,150.00 in attorney's fees to Plaintiff under the EAJA. The parties agree that the Stipulated Motion moots Plaintiff's application.

Upon consideration of the Stipulated Motion and the case record, the Court GRANTS the Stipulated Motion [Doc. No. 18], which moots Plaintiff's application [Doc. No. 16]. The Court awards $7,150.00 to Plaintiff in attorney's fees under the EAJA. Under *Astrue v. Ratliff*, 560 U.S. 586 (2010), the award of EAJA fees must be made payable to Plaintiff as the prevailing party. If Plaintiff's counsel is subsequently awarded

any fees under 42 U.S.C. § 406(b), he shall refund the lesser award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 7th day of July 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE